IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               :CASE NO: 1:10-CR-014
                                  :JUDGE BLACK

ERIC DUKE,
SSN: \*\*\*-\*\*-3457

        Defendant.

and

GAIL M. FOGLE, IN HER CAPACITY AS
TRUSTEE FOR THE ROBERT E. TEVLIN TRUST

        Garnishee.

### ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff United States of America for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of 28 U.S.C. § 3205, and grants Plaintiff's application.

**IT IS SO ORDERED.**

DATE: 7/17/18

                                                                           T. Black
                                                                 UNITED STATES DISTRICT JUDGE