## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

      v.                            :CASE NO: 1:10-CR-014
                                    :JUDGE BLACK

ERIC DUKE,
SSN: ***-**-3457

        Defendant.

        and

GAIL M. FOGLE, IN HER CAPACITY AS
TRUSTEE FOR THE ROBERT E. TEVLIN TRUST

        Garnishee.

## WRIT OF CONTINUING GARNISHMENT

TO THE ATTENTION OF:  Gail M. Fogle, Trustee for the Robert E. Tevlin Trust
                            3972 Sandtrap Circle
                            Mason, OH 45040

An application for a Writ of Continuing Garnishment against the property of Defendant Eric Duke ("Defendant") has been filed with this Court.

A judgment was entered against Eric Duke in Case No. 1:10-CR-014 on April 15, 2011 in the amount of $2,215,309.50. The amount of the debt that remains unpaid and due and owing is $2,067,729.50 as of January 16, 2018.

The United States is represented by Bethany J. Hamilton, Assistant United States Attorney.

You are required by law to answer in writing, under oath, within 10 days, whether or not you have in your custody, control or possession, any property owned by Defendant.

You must file the original written answer to this Writ within 10 days of your receipt of this Writ with the United States District Clerk at:

Clerk U.S. District Court U.S. Postoffice & Courthouse, Rm #103 Cincinnati, OH 45202

Additionally, you are required by law to serve a copy of this answer upon Defendant at:

Eric Duke
1638 Brandon Dr
Hebron, KY 41048

You must also serve a copy of this answer on the United States at:

Bethany J. Hamilton, Assistant United States Attorney
U.S. Attorney's Office for the Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215-2401
(614) 469-5715

NOW THEREFORE, YOU ARE HEREBY COMMANDED to withhold and retain any property and/or monies in which Defendant has a substantial nonexempt interest and for which you are or may become further indebted to Defendant pending further order of the Court.

If you fail to answer this Writ or to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of Defendant's non-exempt property. It is unlawful to pay or deliver to Defendant any item attached by this Writ. Additionally, you may be held liable for reasonable attorney's fees to the United States of America.

The garnishment shall terminate only by one of the following:

    1.     A court order quashing the Writ of Continuing Garnishment;

    2.     Exhaustion of property in the possession, custody or control of the garnishee in which Defendant has a substantial nonexempt interest (including nonexempt disposable earnings) unless the garnishee reinstates or re-employs Defendant within 90 days after Defendant's dismissal or resignation; or

    3.     Satisfaction of the debt with respect to which the Writ is issued.

Questions are to be directed to:

    Bethany J. Hamilton, Assistant United States Attorney
    U.S. Attorney's Office for the Southern District of Ohio
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215-2401
    (614) 469-5715

7/17/18

DATE

_____

UNITED STATES DISTRICT JUDGE