# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.       : CASE NO: 1:10-CR-014
     : JUDGE BLACK

**ERIC DUKE,**
SSN: \*\*\*-\*\*-3457

    **Defendant.**

**and**

**PAUL SCHWARZ,**
**ADMINISTRATOR, ESTATE OF ROBERT E. TEVLIN,**
    **Garnishee.**

## ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff United States of America for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of 28 U.S.C. § 3205, and grants Plaintiff's application.

**IT IS SO ORDERED**.

DATE: 1/22/18

_____
UNITED STATES DISTRICT JUDGE